## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this ANSWER AND DEFENSES OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC upon counsel of record by depositing same in the United States mail, with sufficient postage thereon to ensure delivery, and addressed as follows:

Kim N. Jones
PRO SE
340 W. 85th Street, #422
New York, New York 10024

This 11th day of September, 2007.

_____
Richard T. Marooney