UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KIM N. JONES,<br><br>        Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action: 07-CV-7391 (AKH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Equifax Information Services LLC ("Equifax"), by its undersigned counsel, hereby complies with F.R.C.P. 7.1 as follows:

Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc.

Dated: New York, New York

       September 11, 2007

                              KING & SPALDING LLP

                              By:_____
                                 Richard T. Marooney (RM 0276)
                                 King & Spalding LLP
                                 1185 Avenue of the Americas
                                 New York, NY 10036-4003
                                 (212) 556-2242
                                 RMarooney@KSLAW.com

                                 Counsel for Defendant Equifax
                                 Information Services LLC