UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIM N. JONES

            Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC.,

            Defendant.

---

1:07 CV07391(AKH)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Richard T. Marooney, Jr. a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Brian J. Olson
        King & Spalding LLP
        1180 Peachtree Street
        Atlanta, Georgia 30309
        (404) 215-5806
        (404) 572-5100

Brian J. Olson is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceeding against Brian J. Olson in any State or Federal court.

Dated: 11/21/2007
New York, New York

Respectfully submitted,

_____
Richard T. Marooney (RM 0276)
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556-2242
Fax: (212) 556-2222
RMarooney@kslaw.com

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

KIM N. JONES
       Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC.,

       Defendant.

1:07-CV-07391 (AKH)

**AFFIDAVIT OF
RICHARD T. MAROONEY, JR.
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York    )
                           ) ss:
County of New York  )

Richard T. Marooney, Jr., being duly sworn, hereby deposes and says as follows:

1. I am of counsel at King & Spalding LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Brian J. Olson as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brian J. Olson since 2007.

4. Mr. Olson is a staff attorney at King & Spalding, in Atlanta, Georgia.

5. I have found Mr. Olson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brian J. Olson, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brian J. Olson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian J. Olson, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 11/21/2007
New York, New York

Respectfully submitted,

_____
Richard T. Marooney, Jr. (RM 0276)

Sworn to before me this 21/ day
of November, 2007.

_____
Notary Public

1-30-2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM N. JONES

      Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC.,

      Defendant.

1:07-cv-07391(AKH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Richard T. Marooney, Jr. attorney for Equifax Information Services, LLC. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Brian J. Olson
      King & Spalding LLP
      1180 Peachtree Street
      Atlanta, Georgia  30309
      (404) 215-5806/(404) 572-5100
      BJOlson@kslaw.com

is admitted to practice pro hac vice as counsel for Equifax Information Services, LLC. in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECG password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
New York, New York

                                                              _____
                                                             United States District/Magistrate Judge



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Mr. Brian James Olson
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309

**CURRENT STATUS:**    Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**    06/19/1995

**Attorney Bar Number:**    553054

Today's Date:    November 9, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -**Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
  -**Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
  -**Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brandy Preston*
Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO ADMIT COUNSEL PRO HAC VICE** upon counsel of record by depositing same in the United States Mail, with sufficient postage thereon, and addressed as follows:

Kim N. Jones
340 W. 85th Street, # 422
New York, New York 10024
*(Pro Se Plaintiff)*

This 21 day of November, 2007.

Richard T. Marooney, Jr.