UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM N. JONES

   Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC.,

   Defendant.

1:07-cv-07391(AKH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Richard T. Marooney, Jr. attorney for Equifax Information Services, LLC. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Brian J. Olson
   King & Spalding LLP
   1180 Peachtree Street
   Atlanta, Georgia 30309
   (404) 215-5806/(404) 572-5100
   BJOlson@kslaw.com

is admitted to practice pro hac vice as counsel for Equifax Information Services, LLC. in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECG password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11-30-07
New York, New York

            _____
            United States District/Magistrate Judge