USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
www.kslaw.com

Brian J. Olson
Attorney
Direct Dial: 404.215.5806
Direct Fax: 404.572.5172
bjolson@kslaw.com

December 7, 2007



*Conf adjourned to 12/21/07, @ 9:30 am, or, at joint request by letter, to a later Friday in January.*

*12-11-07*

*/s/ AKH*

VIA FACSIMILE ONLY 212.805.7942

The Honorable Alvin K. Hellerstein
c/o Brigitte Jones, Courtroom Deputy
United States District Court
for the Southern District of New York

    Re: **Jones v. Experian Information Services**
          Case No. 07-cv-07391

Dear Judge Hellerstein:

The above-captioned matter is scheduled for a Scheduling Conference on December 14, 2007 at 9:30 a.m. I am counsel for defendant Equifax. I write to respectfully request a brief adjournment of the CMC. This will allow the parties additional time to explore settlement negotiations and conduct informal discovery.

The parties briefly conferred on or about November 23, 2007 regarding a 26f conference. However, as of today's date no additional communication has taken place between the parties. I have attempted to contact Plaintiff several times today regarding the 26f conference report, but have been unable to contact her. Adjourning the December 14, 2007 Scheduling Conference would provide the parties with additional time to conduct the 26f conference.

Similarly, as I have been unable to contact Plaintiff, I have not been able to obtain her consent to the instant request for an adjournment of next Friday's hearing. I am available on January 18, 2008 to participate in the Scheduling Conference and, if this request is granted, will contact Plaintiff to determine if she is also available on this date.

Counsel have not previously requested any adjournments or extensions in this matter, and an adjournment will not affect any existing case management deadlines. Please call me at 404.215.5806 if you have questions. I am,

                                                      Respectfully yours,

                                                      Brian J. Olson

cc:    Kim N. Jones
        340 W. 85th Street, #422
        New York, New York 10024