USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
www.kslaw.com

Brian J. Olson
Attorney
Direct Dial: 404.215.5806
Direct Fax: 404.572.5172
bjolson@kslaw.com

December 14, 2007

[Stamp: DEC 1 2007 ALVIN K. HELLERSTEIN]

So ordered
12.14.07
[signature]

**VIA FACSIMILE ONLY 212.805.7942**

The Honorable Alvin K. Hellerstein
c/o Brigitte Jones, Courtroom Deputy
United States District Court
for the Southern District of New York

**Re: Jones v. Experian Information Services
Case No. 07-cv-07391**

Dear Judge Hellerstein:

The above-captioned matter is scheduled for a Scheduling Conference on December 21, 2007 at 9:30 a.m. I am counsel for defendant Equifax. I write to respectfully request a brief adjournment of the Scheduling Conference. This will allow the parties additional time to explore settlement negotiations and conduct informal discovery.

This case was originally set for a Scheduling Conference on December 14, 2007. The Court granted my letter requesting an adjournment of the Scheduling hearing on that date and indicated in its Order that the new conference date was December 21, 2007 or, upon request by the parties, a later Friday in January. Pursuant to that Order the parties have conferred and jointly agreed to request that the Scheduling Conference be adjourned and suggest that the conference be reset for Friday, January 18, 2008. 9:30 a.m.

Counsel has previously requested one adjournment in this matter, and an adjournment will not affect any existing case management deadlines. Please call me at 404.215.5806 if you have questions. I am,

Respectfully yours,

Brian J. Olson

cc: Kim N. Jones
340 W. 85th Street, #422
New York, New York 10024