## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this ANSWER AND DEFENSES OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC upon counsel of record by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Kim N. Jones
PRO SE
340 W. 85th Street, #422
New York, New York  10024

This 20 day of December, 2007.

_____
Brian J. Olson