UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIM N. JONES,

    Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES,

    Defendant.

---

Civil Action: 07-CV-7391 (AKH)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum and Declaration of Brian J. Olson in support thereof, Defendant Equifax Information Services LLC ("Equifax") will move this Court, at a date and time to be determined, for an Order pursuant to Federal Rule of Civil Procedure 41(b), dismissing Plaintiff's Complaint for want of prosecution pursuant to F.R.C.P. 41(b), and for such other relief as this Court deems just and proper.

Dated: Atlanta, Georgia
August 6, 2008

        Respectfully submitted,
        KING & SPALDING LLP

        By: _____
        Brian J. Olson
        King & Spalding LLP
        1180 Peachtree Street
        Atlanta, Georgia 30309
        (404) 215-5806
        bjolson@KSLAW.com
        Counsel for Defendant Equifax
        Information Services LLC

4958890