UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM N. JONES,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br><br>EQUIFAX INFORMATION SERVICES<br><br><br>　　　　Defendants. | Civil Action: 07-CV-7391(AKH)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS** |

The Court having considered Equifax Information Services LLC's Motion to Dismiss, and finding that the Motion is well founded;

IT IS HEREBY ORDERED that Equifax Information Services LLC's Motion to Dismiss is GRANTED and that any and all claims of the plaintiff against EQUIFAX INFORMATION SERVICES LLC, are hereby dismissed with prejudice.

This ____ day of _____, 2008.

_____
JUDGE, United States District Court

4958890