## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS upon plaintiff by depositing the same in U.S. Mail, with sufficient postage thereon to ensure delivery, and addressed as follows:

Kim N. Jones
340 W. 85th Street, #422
New York, New York 10024

                                                        Jessica E. Rank