UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM N. JONES<br><br>    Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES<br><br>    Defendants. | Civil Action: 07-CV-7391 (AKH)<br><br>**DECLARATION OF JESSICA E. RANK IN SUPPORT OF MOTION TO DISMISS** |

I, Jessica E. Rank, hereby declare under penalty of perjury as follows:

1. I am an attorney at law duly admitted to practice before the Southern District of New York and am associated with the law firm of King & Spalding LLP. I am an attorney of record representing Equifax Information Services, LLC ("Equifax") in the above-captioned matter.

2. The facts set forth in this Declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto. As to those matters stated herein on information and belief, I am informed and believe the same are true and upon that basis declare them to be true.

3. Plaintiff requested leave to amend her Complaint, which was granted by the Court on December 6, 2007. The Amended Complaint does not appear on the docket. I attach hereto as Exhibit A a true and correct copy of the First Amended Complaint that was received by Equifax.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

New York, New York
August 6, 2008

By: _____
       Jessica E. Rank