
Case 1:07-cv-07391-AKH   Document 16   Filed 09/09/2008   Page 1 of 1
Case 1:07-cv-07391-AKH   Document 12   Filed 08/06/2008   Page 1 of 4

COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM N. JONES, | ) |
| Plaintiff, | ) |
| -vs- | ) Civil Action: 07-CV-7391 (AKH) |
| EQUIFAX INFORMATION SERVICES, | ) NOTICE OF MOTION |
| Defendant. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/08

PLEASE TAKE NOTICE that upon the accompanying Memorandum and Declaration of Brian J. Olson in support thereof, Defendant Equifax Information Services LLC ("Equifax") will move this Court, at a date and time to be determined, for an Order pursuant to Federal Rule of Civil Procedure 41(b), dismissing Plaintiff's Complaint for want of prosecution pursuant to F.R.C.P. 41(b), and for such other relief as this Court deems just and proper.

Dated: Atlanta, Georgia
August 6, 2008

Respectfully submitted,
KING & SPALDING LLP

By: _____
Brian J. Olson
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia 30309
(404) 215-5806
bjolson@KSLAW.com
Counsel for Defendant Equifax
Information Services LLC

*[Handwritten annotation by Judge:]* Motion granted on the merits and because of plaintiff's default. Clerk shall enter judgment dismissing the complaint, and costs. 9-8-08 /s/ AKH

4958890