USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KIM N. JONES,

                Plaintiff,

       -against-

EQUIFAX INFORMATION SERVICES,
                Defendant.
-----------------------------------------------------------X

07 CIVIL 7391 (AKH)

**JUDGMENT**

    Defendant having moved to dismiss the complaint, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on September 8, 2008, having rendered its Memo Endorsed Order granting the motion on the merits and dismissing the complaint, and costs, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated September 8, 2008, the motion is granted on the merits and the complaint is dismissed, and costs.

**Dated:** New York, New York
         September 11, 2008

                                  **J. MICHAEL McMAHON**
                                      Clerk of Court

              BY: _____
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____